# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

163111(45)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

BRENT LEE TIMMER,
     Defendant-Appellant.
_____/

SC: 163111
COA: 354338
Kent CC: 17-002931-FH

      On order of the Chief Justice, the motion of defendant-appellant to file an amended application for leave to appeal is GRANTED. The amended application submitted on June 18, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2021



Clerk